MORRIS GOLDSTEIN, Appellee, *vs.* ISRAEL MULLER,
Appellant.

*Opinion filed June 18, 1913.*

CONSTITUTIONAL LAW—*limitation of Municipal Court act for
suing out writs of error is invalid.* The thirty-day limitation for
suing out writs of error under section 23 of the Municipal Court
act is unconstitutional and void. (*Hoffman* v. *Paradis, ante,* p.
111, followed.)

APPEAL from the Appellate Court for the First Dis-
trict;—heard in that court on writ of error to the Mu-
nicipal Court of Chicago; the Hon. RUFUS F. ROBINSON,
Judge, presiding.

BLUM & BLUM, for appellant.

KAPLAN & KAPLAN, (FRANK & LURIE, of counsel,) for
appellee.

Mr. JUSTICE CARTER delivered the opinion of the court:

The appellee herein recovered from the appellant, in an
action brought in the municipal court of Chicago under sec-
tion 23 of the Municipal Court act, a judgment for $188.
Appellant sued out a writ of error from the Appellate Court
for the First District. That court, on motion, dismissed
the writ because it was not sued out within thirty days
after the entry of the judgment. A certificate of import-
ance was granted.

The sole objection urged here is that the thirty-day limi-
tation for suing out writs of error under said section 23
of the Municipal Court act is unconstitutional and void.
This court has held said limitation unconstitutional in *Hoff-
man* v. *Paradis,* (*ante,* p. 111.)

The judgment of the Appellate Court must therefore
be reversed and the cause remanded to that court, with di-
rections to hear and dispose of the case upon its merits.

*Reversed and remanded, with directions,*